AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Derek Gould | )   Case No.3:21-mj-71248 MAG |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

FILED

Aug 02 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____2/14/2021_____ in the county of _____Contra Costa_____ in the
_____Northern_____ District of _____California_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |
| | |
| | Maximum Penalties: |
| | • Imprisonment: 10 years (18 U.S.C. § 924(a)(2)) |
| | • Fine: $250,000 (18 U.S.C. § 3571) |
| | • Supervised Release: 3 years (18 U.S.C. § 3583(b)(2)) |
| | • Special Assessment: $100 (18 U.S.C. § 3013) |
| | • Forfeiture of firearm and ammunition (18 U.S.C. § 853(a)) |

This criminal complaint is based on these facts:

See attached affidavit of ATF Special Agent Payton Smith

☑ Continued on the attached sheet.

Approved as to form: */s/ Leif Dautch*
                     Assistant U.S. Attorney

_____s/_____
*Complainant's signature*

PAYTON SMITH, ATF Special Agent
*Printed name and title*

Sworn to before me by telephone.

Date: _____08/02/2021_____

_____[signature]_____
*Judge's signature*

City and state: _____San Francisco, California_____     Hon. Joseph C. Spero, Chief U.S. Magistrate Judge
                                                              *Printed name and title*

| Print | Save As... | Attach | Reset |
|---|---|---|---|

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Payton Smith, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in San Francisco, California being duly sworn, state:

## INTRODUCTION

1. I make this affidavit in support of the issuance of a criminal complaint and a federal arrest warrant for Derek GOULD ("GOULD"). There is probable cause to believe that on February 14, 2021, GOULD violated Title 18, United States Code, Section 922(g)(1), for being a Felon in Possession of Ammunition.

## SOURCES OF INFORMATION

2. The facts set forth in this affidavit are based on my own personal knowledge, information I obtained from other individuals during my participation in this investigation, my review of documents and records related to this investigation, including criminal history documents, police reports, lab reports, and information gained through my training and experience.  To the extent that any information in the affidavit is not within my personal knowledge, it has been made available to me through reliable law enforcement sources, and I believe such information to be true.  In addition, where I report information I learned from others or from reviewing documents and reports prepared by others, such information is recounted in sum and substance and in relevant part.

3. Because this Affidavit is submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not included each and every fact known to me that supports probable cause.  Rather, I have set forth only the facts that I believe are necessary to support the criminal complaint and lawful arrest of GOULD.  Further, my

understanding of the significance of certain events and facts may change as the investigation progresses.

## AFFIANT BACKGROUND

4. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since March 2020.  I am presently assigned to the ATF San Francisco Metro Field Office in San Francisco, California.  I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.  I was trained as an ATF Special Agent at the Federal Law Enforcement Training Center in Glynco, Georgia.

5. As an ATF Special Agent, I have been trained to conduct and participate in both state and federal investigations involving the trafficking of firearms and distribution of controlled substances.  I have received training in investigating and assisting in the prosecution of criminal street gangs engaged in illegal narcotics and firearms trafficking.  I have received training and participated in various types of investigative techniques, including using electronic surveillance, undercover agents, and informants.

## APPLICABLE LAW

6. The elements of a violation of Title 18, United States Code, Section 922(g)(1) are as follows: (1) the defendant knowingly possessed a firearm or ammunition; (2) that firearm or ammunition had been shipped and or transported from one state to another, or between a foreign nation and the United States, affecting interstate commerce; (3) at the time of possession, the defendant had been convicted of a crime punishable by a prison term or more than one year; and (4) at the time of possession, the defendant knew that they had been convicted of a crime punishable by imprisonment for a term exceeding one year.

## FACTS SUPPORTING PROBABLE CASUE

### A.  GOULD Engaged in a Shootout in San Francisco in December 2020

7.   On December 18, 2020, San Francisco Police Department (SFPD) Officers responded to
a report of gunshots and a Shot Spotter activation around the area of 1569 Kirkwood
Avenue, San Francisco, CA. Shot Spotter recorded nine (9) gunshots. Upon arrival the
area, SFPD Officers located a grey Mitsubishi Outlander parked at the corner of 3rd Street
and Kirkwood Avenue.

8.   SFPD Officers noted that the Outlander's windows were shattered and there was broken
glass around the vehicle. The Officers further noted multiple fired cartridge casings
around the vehicle. Upon a search of the area, SFPD Officers located a total of thirty-five
(35) fired cartridge casings around the grey Outlander and along the south curb of
Kirkwood Avenue. Ten (10) .45 caliber spent shell casings and twenty-five (25) .40
S&W spent shell casings were located and collected for evidence.

9.   Upon review of video surveillance footage in the area of the shooting, a group of four
individuals can be seen on Kirkwood Avenue, south of 3rd Street. One of the individuals
in the footage, later identified by a San Francisco Police Department (SFPD) officer as
GOULD, can be observed going to a nearby parked Honda Accord bearing California
license plate 7DYN991, opening the driver door, bending over and reaching down low to
take an object out of the vehicle, and putting that object in his front waistband. Based on
my training and experience, I know that firearms are often kept near, or under the driver
seat of vehicles so that they are concealed and easily accessible by the driver.

10.  Next, GOULD can be seen on the surveillance footage walking north on Kirkwood
Avenue toward 3rd Street.  He stops near the corner of 3rd Street and Kirkwood Avenue to
talk to two other unidentified individuals. At that time, the grey Mitsubishi Outlander is
parked on the southwest corner of 3rd Street and Kirkwood Avenue.  A short time later,
two unidentified individuals walked east along 3rd Street toward the parked Mitsubishi

Outlander. GOULD can be observed taking the object that he had previously retrieved from the Honda Accord from his front waistband. GOULD is then observed holding the suspected firearm in his hand and extending his arm toward the unidentified individuals who are standing near the Mitsubishi Outlander. Multiple flashes can be seen coming from the item in GOULD's hand.

In the image below, GOULD is the shooter on the right.



In the image below, GOULD is the individual in the center of the image, seen extending his arm and holding a suspected firearm in it.



In the images below, GOULD is seen running from the scene of the shooting while holding a firearm.

 

11. A short time later, GOULD can be seen getting into the driver seat of the Honda Accord and leaving the area with an unidentified individual in the front passenger seat of the vehicle.

   **B.  GOULD Was Found Two Months Later with One of the Firearms Used in the San Francisco Shooting, Loaded with 21 Rounds of Ammunition**

12. On February 14, 2021, a Richmond Police Department (RPD) Officer observed a Mercedes-Benz being driven without a front license plate, in violation of California Vehicle Code (CVC) 5200(a). Further, the Officer was unable to see the driver through the front windows, in violation of CVC 26708(a)(1). Based on these violations, the RPD officer initiated a traffic enforcement stop on the vehicle.

13. Upon initiation of the traffic enforcement stop, the driver of the Mercedes, later identified as GOULD, rolled down the front passenger side window and informed the RPD Officer that his daughter was in the backseat of the vehicle. The RPD Officer observed GOULD leaning toward the passenger side of the vehicle and reaching into the center console and underneath the front seats.

14. When the RPD Officer approached GOULD's car, she smelled a strong odor of burnt marijuana coming from the vehicle. The driver identified himself as Derek Jason GOULD and provided a United States passport. The RPD Officer noted that GOULD's hand was shaking when he handed the officer his passport. Further, the officer noted that GOULD's legs were shaking, his breathing was heavy, his speech was rapid, and he appeared nervous.

15. The RPD officer observed GOULD's young daughter, approximately five (5) years old, was seated in the rear, passenger side of the vehicle. She was not in a car seat. The officer noted this is a violation of CVC 27360(a), which states that any child under the age of eight (8) and less than four (4) feet, nine (9) inches must be seated in a car seat inside a vehicle. Upon conducting a records check of the Mercedes, the RPD officer determined that the vehicle registration had expired as of July 16, 2020, a violation of CVC 4000(a)(1).

16. The RPD next elected to conduct a search of the Mercedes to ensure GOULD was in compliance with California marijuana open container laws, pursuant to CVC 23222(b). The officer asked GOULD to place his hands on his head so the officer could safely assist him out of the vehicle. The officer conducted a patdown search to ensure GOULD did not have weapons or contraband on his person, with negative results. The RPD officer then asked GOULD to wait with other RPD officers near the front of their patrol vehicle.

17. While an RPD officer began to search the Mercedes, GOULD fled the area on foot, leaving his five year old daughter in the vehicle. Additional RPD officers pursued him. While GOULD was being pursued, a search of the MERCEDES continued. An RPD

officer located a large, black North Face jacket on the driver seat of the vehicle. The RPD officer lifted the jacket to move it and noticed that it had a heavy object in it. The officer opened the right pocket of the jacket and located a privately manufactured (PMF) Glock-style firearm. The officer noted that the firearm was loaded. Further, the jacket and firearm were within reach of GOULD's young daughter. The officer also located several burnt marijuana cigarettes in the ashtray of the vehicle.

18. The PMF Glock style firearm was loaded with an extended magazine and contained twenty-one (21) rounds of ammunition bearing the following headstamps:

   **a.** five (5) rounds of CBC

   **b.** five (5) rounds of Aguila

   **c.** four (4) rounds of PMC

   **d.** one (1) round of Federal

   **e.** four (4) rounds of Blazer

   **f.** one (1) round of X-treme

   **g.** one (1) round of Winchester ammunition.

19. GOULD was arrested a short time later by additional RPD officers.

   **C.  The Ammunition Recovered from the San Francisco Shooting was Fired from the Firearm Discovered in GOULD's Car**

20. The fired cartridge casings from the shooting on December 18, 2020 were submitted to the Bureau of Alcohol, Tobacco, Firearms and Explosives' (ATF) National Integrated Ballistic Information Network (NIBIN). This is a database that generates possible correlations between firearms and shootings based on a comparison of high-definition photographs of the unique markings that each gun leaves on a shell casing when fired.

21. The firearm GOULD was found in possession of on February 14, 2021, was test fired and the fired cartridge casings were also submitted into NIBIN. A lead was developed between the recovered cartridge casings from the December 18, 2020 shooting and the test fired cartridge casings from the firearm recovered in GOULD's possession during the

February 14, 2021 traffic stop. The lead shows that the PMF Glock style firearm that GOULD was in possession of on the February 14, 2021 was the same firearm used in the shooting on December 18, 2020.

**D.  GOULD Was a Convicted Felon and Knew of his Prohibition at the Time of His Ammunition Possession**

22. Prior to this incident, GOULD had been convicted of at least four felony offenses. One such felony conviction occurred on September 22, 2009, when GOULD was convicted in San Francisco, California of California Penal Code (PC) 12021(a)1 – Felon in Possession of a Firearm.  Gould was sentenced to sixteen (16) months in prison, putting him on notice that he had been convicted of a crime for which the term of imprisonment could exceed one year.

**E.  The Ammunition Possessed by GOULD Traveled in Interstate or Foreign Commerce**

23. An investigation into the ammunition possessed by GOULD at the time of his arrest on February 14, 2021 revealed that the ammunition was manufactured outside the state of California.  It thus necessarily moved in interstate commerce in order to be recovered in Richmond, California.

## CONCLUSION

24. On the basis of my training and experience, my participation in this investigation, and the information summarized above, there is probable cause to believe that on or about February 14, 2021, in the Northern District of California, Derek GOULD committed a violation of Title 18, United States Code, Section 922(g)(1) – Felon in Possession of Ammunition.

/s/ *Payton Smith*

PAYTON SMITH
Special Agent
Bureau Alcohol, Tobacco, Firearms, Explosives

Sworn to before me over the telephone and signed by
me pursuant to Fed.R.Crim.P 4.1 and 4(d) on this
2nd day of August    2021

HONORABLE JOSEPH C. SPERO
CHIEF UNITED STATES MAGISTRATE JUDGE